IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SANJAYKUMAR PATEL, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :   CASE NO.: 7:25-CV-12 (WLS) |
| | : |
| UNITED STATES DEPT OF HOMELAND SEC., et al., | : |
| | : |
|    Defendants. | : |
| | : |

## ORDER

Before the Court is a Notice of Voluntary Dismissal (Doc. 3), filed by Plaintiff on February 10, 2025. Therein, Plaintiff notifies the Court of the voluntary dismissal without prejudice of the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiff's Notice of Voluntary Dismissal (Doc. 3). Therefore, the above-captioned action is **DISMISSED**, **WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 11th day of February 2025.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**