IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SANJAYKUMAR ASHOKKUMAR PATEL,          *

                    Plaintiff,          *

v.                                              Case No. 7:25-cv-12 (WLS)

                                        *

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,              *

                    Defendants.          *

_____

## J U D G M E N T

Pursuant to this Court's Order dated February 11, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 12th day of February, 2025.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk